# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Michele Nietz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| B & G Roustabout Service, LLC, | ) | Case No. 1:19-cv-006 |
| d/b/a B & G Oilfield Services, | ) | |
| | ) | |
| Defendant. | ) | |

On March 24, 2020, the parties filed a Joint Stipulation of Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Doc. No. 28). Any and all claims brought by the parties in connection with this action shall be dismissed with prejudice and without award of costs, disbursements, or attorneys' fees to either party.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court